AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>The residence located at 3293 SAINT BERNARD CIRCLE,<br>COLUMBUS, OHIO 43232, including curtilage | ) ) ) ) ) ) Case No. 2:22-mj-743 |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the     Southern     District of     Ohio
*(identify the person or describe the property to be searched and give its location)*:

SEE ATTACHMENT A TO THE AFFIDAVIT, INCORPORATED HEREIN BY REFERENCE.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT B TO THE AFFIDAVIT, INCORPORATED HEREIN BY REFERENCE.

**YOU ARE COMMANDED** to execute this warrant on or before    December 2, 2022    *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to     Any United States Magistrate
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of ___.

Date and time issued: November 18, 2022       *Judge's signature*

City and state:    Columbus, Ohio       U.S. Magistrate Judge Elizabeth P. Deavers
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: 2:22-mj-743 | Date and time warrant executed: 11-21-22  8:50am | Copy of warrant and inventory left with: Keith Davenport |
| Inventory made in the presence of: J Oreck  ATF TFO |||
| Inventory of the property taken and name of any person(s) seized: <br> See Attached inventory |||

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11-22-22

_____
Executing officer's signature

S Chappell  ATF TFO
Printed name and title

## ATTACHMENT A

*Property to be searched*

The property to be searched is 3293 Saint Bernard Circle, Columbus, Ohio 43232, further described as a two-story single-family home with an attached garage. A photograph of the home is attached.



## ATTACHMENT B

*Property to be seized*

1) All records and items relating to violations of: Title 18, United States Code, Section 922(a)(1)(A) (Firearm Trafficking); Title 18, United States Code, Section 922(a)(6) (False Statements on 4473); Title 18, United States Code, Section 1343 (Wire Fraud); and Title 18, United States Code, Section 371 (Conspiracy); all involving DAVENPORT and others known and unknown.

2) Firearms and ammunition, as evidence related to potential violation of the above-listed United States Codes provisions.

3) Documents related to the purchases or transfer of firearms and ammunition.

4) Items of identification and records that establish dominion and control of the PREMISES, including, but not limited to, any form(s) of identification, residence keys, mail, envelopes, receipts for rent, bills, and photographs.

5) Cellphones, laptops, computers, and any other electronic devices capable of accessing the internet. USB Drives, external hard drives and any other electronic storage devices.

6) Credit cards, identification cards, card skimmers, gift cards, and other items used for identity theft.

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Receipt for Property and Other Items

| Page 2 of 2 | Case/Inspection Number | Case/Inspection Title | Office |
|---|---|---|---|
| | | 773040-22-0162 | Columbus |

**Taken from:** (name, title, address, if appropriate)
3293 St. Bernard Cir
Columbus, OH 43232

**Recipient:** (name, title, address, if appropriate)
ATF

**Location of Transfer or Seizure**
Same

**Basis for Transfer or Seizure of Items:**
Fed Search Warrant

| # | Amount or Quantity | Description of Item(s) |
|---|---|---|
| 19 | 1 | Apple laptop MacBook Pro FVFFV880Q05D  Rhoda |
| ~~20~~ | ~~1~~ | ~~$1020.00 as Evidence / Room 6 Collins~~ (ed) left Behind |
| 21 | 2 | Debit Cards / center console / Self Huntington, Visa Boesch |
| 22 | 5 | Misc cards (5), KY ID fake (Visa, Capital one, Discover, Visa) Behnfeldt Room K |
| 23 | 1 | Glock 19x, BXRN742, Extended Mag, 1 in chamber misc. Rounds inside Room K under pillow by Ginley |
| 24 | 1 | Black Apple phone / no visible #'s, Room K under pillow by Ginley / 3 cameras on back |
| 25 | 1 | Black Apple phone / no visible #'s, Room K under pillow by Ginley / 2 cameras on back |
| 26 | 1 | Iphone Nike backer, no visible #'s Ginley closet L (Drawer) |
| 27 | 2 | 2 Rounds Ammo Room K Ginley on ground |
| 28 | 1 | Visa Debit card, Keith Davenport 1239 - Boesch / Chrysler cor |
| 29 | 1 | HP laptop RTL8821CE, CND1255Z5T  Bag B-1 Custro Room F wall |
| 30 | 1 | Lenovo Desktop Computer IDen Center K300  ES06660828  Bonar basement |

Rhoda

I hereby acknowledge receipt of the above item(s) into my custody.

**Received by:** (signature) GS Samay Rhoda  **Date** 11/21/22

**Transferred by:** (signature, if appropriate) [signature]  **Date** 11/21/22  **Witnessed by:** (signature)  **Date**

ATF Form 3400. 23
Revised March 2005

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Receipt for Property and Other Items

Page 1 of 2

Case/Inspection Number:
Case/Inspection Title: 773040-22-0162
Office: COLUMBUS

Taken from: 3293 SAINT BERNARD CIR. COLS, OH. 43737
Recipient: ATF

Location of Transfer or Seizure: SAME
Basis for Transfer or Seizure of Items: FED. S.W.

| # | Amount or Quantity | Description of Item(s) |
|---|---|---|
| 1 | 2 | 2 LAPTOPS - RM A C.B. |
| 2 | | MISC. DOCS - RM A. - RM A, C.B. |
| 3 | 1 | GLOCK ASTOR, 9MM, SN: ADWH229 MAG + AMMO JB RMC |
| 4 | | MISC. DOCS, RM B - JD - KITCHEN TABLE |
| 5 | 1 | 1 NOTEBOOK, RM K, SC |
| 6 | 1 | ACER LAPTOP, RM K, MB/CG |
| 7 | 1 | APPLE LAPTOP, RM K, CG |
| 8 | 1 | HP LAPTOP, RM K, CG |
| 9 | 10 | CREDIT CARDS & FAKE ID'S - RM I, CB |
| 10 | 11 | CREDIT CARDS & ID - RM F, CC |
| 11 | 5 | CREDIT CARDS - RM F, CG |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |

I hereby acknowledge receipt of the above item(s) into my custody.
Received by: (signature) [signed] 7307
Date: 11/21/22
Transferred by: (signature) [signed] Andrew Davenport
Date: 11/21/22
Witnessed by: (signature)
Date:

ATF Form 3400.23
Revised March 2005